■ In the Matter of ALEXEI M. SCHACHT (Admitted as ALEXEI MARC SCHACHT), a Suspended Attorney. [955 NYS2d 887]—

Eng, P.J., Mastro, Rivera, Skelos and Dickerson, JJ., concur.